**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**IN RE:**

Shawn Timothy-Mincey                                  Case No.: 19-11799-JKO
Stephanie Suzanne Mincey
_____Debtor_____/                                   Chapter 7

### *EX-PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH NOTICE OF FILING REQUIREMENTS

The Debtor, Shawn Timothy Mincey and Stephanie Suzanne Mincey by and through undersigned counsel, and moves for the entry of an Order extending the time to comply with Notice of Filing Requirements, and in support thereof, states as follows:

1. On February 9, 2019 the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.

2. Pursuant to directive from the Office of the Clerk of the United States Bankruptcy Court for the Southern District of Florida, the Debtor is required to file all of Schedules, and Statement of Financial Affairs on or before February 25, 2019.

3. Debtor is unable to provide the documents needed for proper preparation of the schedules in a timely manner.

4. The Debtor needs more time to gather the necessary information and documents. The §341 Meeting of Creditors has been set for March 13, 2019 at 3:30PM.

WHEREFORE, Debtor requests the entry of an Order extending time within which to comply with this Court's Notice of Filing Requirements and to prepare and file schedules, and declarations for an additional Seven (7) days, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Ex-Parte Motion for Extension of Time was presumed served via CM/ECF to parties registered in the ECF system on 26th day of February, 2019.

The following is the list of **parties** who are currently on the list to receive email notice/service for this case:

Leslie S. Osborne
Chapter 7 Trustee

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Additionally all parties on the attached mailing matrix were served by first class U.S. Mail.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar 64500