

**ORDERED in the Southern District of Florida on February 26, 2019.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Shawn Timothy Mincey            Case No.: 19-11799-JKO
Stephanie Suzanne Mincey

    Debtor            /            Chapter 7

### *ORDER GRANTING DEBTOR'S EX-PARTE* MOTION FOR EXTENSION OF TIME TO COMPLY WITH NOTICE OF FILING REQUIREMENTS
**(Debtor Unable to provide documents)**

THIS MATTER came before the Court upon *Debtor's Ex-Parte Motion For Extension of Time To Comply With Notice of Deadlines to Correct Deficiencies,* and upon consideration of same, the Court, having reviewed the instant request and case record and finding good cause, does hereby

**ORDER** as follows:

1. The Motion is **GRANTED**

2. Debtor shall prepare and file all Schedules, Statements, and Declarations on or before **March 4, 2019.**

### 

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-l(F).*