**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                                    Case No. 19-11799-JKO

Shawn Timothy Mincey
Stephanie Suzanne Mincey
                                                                          Chapter: 7

___Debtor_____/

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

__X__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
   ___ receives disability payments
   ___ is unemployed and does not receive unemployment compensation
   ___ receives Social Security payments
   ___ receives a pension
   ___ does not work outside the home
   ___ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
      Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

      Copies of payment advices **are not** attached because the joint debtor:
           receives disability payments
           is unemployed and does not receive unemployment compensation
           receives Social Security payments
           receives a pension
           does not work outside the home
           is self-employed and does not receive payment advices

      None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain: ___

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

/s/ Chad T. Van Horn                                Date: 03/04/2019
Signature of Attorney or Debtor

                                                           Date:
Signature of Attorney or Joint Debtor

# Paycheck Records

**Paystubs**    Account                                Log Out

Back to paystub list

Pay stub for period: 12/30/2018 - 01/05/2019

24 Data Inc
601 Heritage Drive Suite 114A
Jupiter, FL 33458

**ADVICE OF DEPOSIT**

Date: 01/09/2019

Stephanie S Mincey
5330 SW 7th Street
Margate, FL 33068

Net Pay: $ 821.48

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 740.38 | 1480.76 |
| Holiday Pay | 12.00 | | 317.31 | 634.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance | 64.89 | 64.89 |
| Dental Insurance | 8.91 | 8.91 |
| Vision | 4.70 | 4.70 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Social Security | 60.71 | 126.29 |
| Federal Income Tax | 82.81 | 175.04 |
| Medicare | 14.19 | 29.53 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1057.69 | 2115.38 |
| Deductions | 78.50 | 78.50 |
| Taxes | 157.71 | 330.86 |
| Net This Check: | | $821.48 |
| Acct#....5492: | | $821.48 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2018R10.1060

PE91A

# Paycheck Records

**Paystubs**   Account                                                                 Log Out

Back to paystub list

Pay stub for period: 01/06/2019 - 01/12/2019

24 Data Inc
601 Heritage Drive Suite 114A    **ADVICE OF DEPOSIT**    Date: 01/16/2019
Jupiter, FL 33458

Stephanie S Mincey                                         Net Pay: $ 821.47
5330 SW 7th Street
Margate, FL 33068

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 1057.69 | 2538.45 |
| Holiday Pay | 0.00 | | 0.00 | 634.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance | 64.89 | 129.78 |
| Dental Insurance | 8.91 | 17.82 |
| Vision | 4.70 | 9.40 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 82.81 | 257.85 |
| Social Security | 60.71 | 187.00 |
| Medicare | 14.20 | 43.73 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1057.69 | 3173.07 |
| Deductions | 78.50 | 157.00 |
| Taxes | 157.72 | 488.58 |
| Net This Check: | | $821.47 |
| Acct#....5492: | | $821.47 |

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2018R10.1083

PE99W

# Paycheck Records

**Paystubs**    Account                 Log Out

Back to paystub list

Pay stub for period: 01/13/2019 - 01/19/2019

;
24 Data Inc
601 Heritage Drive Suite 114A    **ADVICE OF DEPOSIT**    Date: 01/23/2019
Jupiter, FL 33458

Stephanie S Mincey                            Net Pay: $ 821.47
5330 SW 7th Street
Margate, FL 33068

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 1057.69 | 3596.14 |
| Holiday Pay | 0.00 | | 0.00 | 634.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance | 64.89 | 194.67 |
| Dental Insurance | 8.91 | 26.73 |
| Vision | 4.70 | 14.10 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 82.81 | 340.66 |
| Social Security | 60.71 | 247.71 |
| Medicare | 14.20 | 57.93 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1057.69 | 4230.76 |
| Deductions | 78.50 | 235.50 |
| Taxes | 157.72 | 646.30 |

Net This Check: $821.47
Acct#....5492: $821.47

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2018R10.1083

PE99W

# Paycheck Records

**Paystubs**    Account                    Log Out

Back to paystub list

Pay stub for period: 01/20/2019 - 01/26/2019

```
;
24 Data Inc
601 Heritage Drive Suite 114A        ADVICE OF DEPOSIT              Date: 01/30/2019
Jupiter, FL 33458


Stephanie S Mincey                                                  Net Pay: $ 821.47
5330 SW 7th Street
Margate, FL 33068
```

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 1057.69 | 4653.83 |
| Holiday Pay | 0.00 | | 0.00 | 634.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance | 64.89 | 259.56 |
| Dental Insurance | 8.91 | 35.64 |
| Vision | 4.70 | 18.80 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 82.81 | 423.47 |
| Social Security | 60.71 | 308.42 |
| Medicare | 14.20 | 72.13 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1057.69 | 5288.45 |
| Deductions | 78.50 | 314.00 |
| Taxes | 157.72 | 804.02 |

Net This Check: $821.47
Acct#....5492: $821.47

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2018R10.1111

PE919

# Paycheck Records

**Paystubs**    Account              Log Out

Back to paystub list

Pay stub for period: 01/27/2019 - 02/02/2019

;
24 Data Inc
601 Heritage Drive Suite 114A    **ADVICE OF DEPOSIT**    Date: 02/06/2019
Jupiter, FL 33458

Stephanie S Mincey                      Net Pay: $ 821.47
5330 SW 7th Street
Margate, FL 33068

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | | | 1057.69 | 5711.52 |
| Holiday Pay | 0.00 | | 0.00 | 634.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance | 64.89 | 324.45 |
| Dental Insurance | 8.91 | 44.55 |
| Vision | 4.70 | 23.50 |

| TAXES WITHHELD | Current | YTD |
|---|---|---|
| Federal Income Tax | 82.81 | 506.28 |
| Social Security | 60.71 | 369.13 |
| Medicare | 14.20 | 86.33 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | 1057.69 | 6346.14 |
| Deductions | 78.50 | 392.50 |
| Taxes | 157.72 | 961.74 |

Net This Check: $821.47
Acct#....5492: $821.47

| BENEFITS | Hours Used | Hours Available |
|---|---|---|
| Vacation | 0.00 | 80.00 |

Direct deposit checks require at least a **2 business day lead time**. If your funds are not available, check with your Employer for the expected date of deposit.

Printer-Friendly Version

Note: This link opens a new window. For security reasons please remember to close the new window when you are done viewing or printing your paystub.

Version 2018R10.1111

PE919

**DLK, INC**
DBA POPPY'S PIZZA
PH: (954) 749-1117
4379 N. UNIVERSITY DR.
SUNRISE, FL 33351-6211

BANK OF AMERICA
63-27/631

20470

DATE 1/24/2019

PAY TO THE ORDER OF: ADVICE OF DEPOSIT - NON-NEGOTIABLE

$ ***********************

************************************************************************************************

DOLLARS

Shawn Mincey
5330 SW 7th Street
Margate, FL 33068

NON-NEGOTIABLE

MEMO   Pay Period: 01/07/2019 - 01/20/2019 Direct Deposit

⑈020470⑈ ⑆063100277⑆ 229057088623⑈

---

**DLK, INC / DBA POPPY'S PIZZA**

20470

Employee: Shawn Mincey, 5330 SW 7th Street, Margate, FL 33068
SSN: ***-**-4958
Status (Fed/State): Married/(none)
Allowances/Extra: Fed-0/0/FL-0/0
Pay Period: 01/07/2019 - 01/20/2019
Pay Date: 01/24/2019

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wage | 69:00 | 8.46 | 583.74 | 1,137.87 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -13.00 | -23.00 |
| Social Security Employee | -36.19 | -70.55 |
| Medicare Employee | -8.47 | -16.50 |
| | -57.66 | -110.05 |

Net Pay: 526.08    1,027.82

| Direct Deposit | Amount |
|---|---|
| Checking - ********5492 | 526.08 |

Memo
Direct Deposit

Poppy's Pizza & Subs, Sunrise, FL 33351, DLK, INC.

**DLK, INC**
**DBA POPPY'S PIZZA**
PH: (954) 749-1117
4379 N. UNIVERSITY DR.
SUNRISE, FL 33351-6211

BANK OF AMERICA
63-27/631

20450

DATE  1/9/2019

PAY TO THE ORDER OF  ADVICE OF DEPOSIT - NON-NEGOTIABLE   $ ***********************

DOLLARS

Shawn Mincey
5330 SW 7th Street
Margate, FL 33068

NON-NEGOTIABLE

MEMO  Pay Period: 12/24/2018 - 01/06/2019 Direct Deposit

⑈020450⑈ ⑆063100277⑆ 229057088623⑈

## DLK, INC / DBA POPPY'S PIZZA

**20450**

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Shawn Mincey, 5330 SW 7th Street, Margate, FL 33068 | | | | | ***-**-4958 | Married/(none) | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 12/24/2018 - 01/06/2019 | | Pay Date: 01/09/2019 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Wage | 65:30 | 8.46 | 554.13 | 554.13 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -10.00 | -10.00 |
| Social Security Employee | -34.36 | -34.36 |
| Medicare Employee | -8.03 | -8.03 |
| | -52.39 | -52.39 |

| Net Pay | 501.74 | 501.74 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ********5492 | 501.74 |

Memo
Direct Deposit

Poppy's Pizza & Subs, Sunrise, FL 33351, DLK, INC.