```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                              Case No. 19-11799-JKO
Shawn Timothy Mincey                                                Chapter 7
Stephanie Suzanne Mincey
        Debtors                         CERTIFICATE OF NOTICE
District/off: 113C-0          User: graster-t              Page 1 of 2              Date Rcvd: Aug 06, 2019
                              Form ID: 318                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db/jdb         Shawn Timothy Mincey,    Stephanie Suzanne Mincey,    5330 SW 7th St,    Margate, FL  33068-3021
94923680      +Affiliate Asset Solutions, LLC,    145 Technology Pkwy Ste 100,
                Peachtree Corners, GA 30092-3536
94923683       BAS Management,    2876 E Oakland Park Blvd,    Fort Lauderdale, FL  33306-1814
94923682       Bankamerica,    4909 Savarese Cir,    Tampa, FL  33634-2413
94923684       Bay Area Credit Service,    1000 Abernathy Rd Ste 400,    Atlanta, GA  30328-5614
94923686       Broward Health Coral Springs,    1608 SE 3rd Ave,    Fort Lauderdale, FL  33316-2564
94923687       Cap1/basspro,    PO Box 30281,    Salt Lake City, UT  84130-0281
94923690       Choice Recovery,    1550 Old Henderson Road St,    Columbus, OH  43081
94923691       Coconut Creek Emerg Phys LLC,    PO Box 37864,    Philadelphia, PA  19101-0164
94923692       Discover Bank,    502 E Market St,    Greenwood, DE  19950-9700
94923694       Driver Solutions,    PO Box 1280,    Oaks, PA  19456-1280
94923696     #+First Fed Credit & Col,    3440 Hollywood Blvd,    Hollywood, FL 33021-6933
94923698       Integrated Reg Lab Path Services,    PO Box 741087,    Atlanta, GA  30374-1087
94923702       NPAS, Inc.,    PO Box 99400,    Louisville, KY  40269-0400
94923700       Northwaest Hosptal EKG Readers,Inc.,    1175 Devin Dr # 174,    Norton Shores, MI  49441-6079
94923701       Northwest Medical Cente,    PO Box 9060,    Clearwater, FL  33758-9060
94923703      +Ortho Center of S. FL,    600 S Pine Island Rd # 300,    Plantation, FL 33324-3179
94923704       Phoenix ED Medice of Broward, LLC,    PO Box 38048,    Philadelphia, PA  19101-0813
94923705      #Radiology Physician Solutions of Florida,    PO Box 450097,    Sunrise, FL  33345-0097
94923706       Sage Law Offices,    1300 Sawgrass Corporate Pkwy Ste 140,    Sunrise, FL  33323-2823
94923709       TLC Dental & Orthodontics,    8214 Wiles Rd,    Coral Springs, FL  33067-1937
94923711       Tradewinds Park Inpat SVCS, Inc,    PO Box 37867,    Philadelphia, PA  19101-0167
94923710       Tradewinds Park Inpat Svc, LLC,    PO Box 37867,    Philadelphia, PA  19101-0167
94923712       University of Miami Health System,    PO Box 741199,    Atlanta, GA  30374-1199
94923715       Z Urology,    5850 Coral Ridge Dr Ste 106,    Coral Springs, FL  33076-3379

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: swulfekuhle@broward.org Aug 07 2019 02:31:30      Broward County Tax Collector,
                115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             EDI: FLDEPREV.COM Aug 07 2019 05:33:00      Florida Department of Revenue,    POB 6668,
                Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 07 2019 02:34:42      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr             +EDI: RMSC.COM Aug 07 2019 05:33:00      Synchrony Bank,    PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
94923681        EDI: AMEREXPR.COM Aug 07 2019 05:33:00      Amex,    PO Box 981537,    El Paso, TX  79998-1537
94923685        EDI: BANKAMER.COM Aug 07 2019 05:33:00      Bk of Amer,    PO Box 982238,
                El Paso, TX  79998-2238
94923688        EDI: CAPITALONE.COM Aug 07 2019 05:33:00      Capital One,    15000 Capital One Dr,
                Richmond, VA  23238-1119
94923689        EDI: CHASE.COM Aug 07 2019 05:33:00      Chase Card,    PO Box 15298,
                Wilmington, DE  19850-5298
94923714        EDI: RCSDELL.COM Aug 07 2019 05:33:00      Webbank/dfs,    1 Dell Way,
                Round Rock, TX  78682-7000
94923693        EDI: DISCOVER.COM Aug 07 2019 05:33:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE  19850-5316
94923699        EDI: PARALONMEDCREDT Aug 07 2019 05:33:00      Medicredit, Inc,    PO Box 1629,
                Maryland Heights, MO  63043-0629
94923708        EDI: RMSC.COM Aug 07 2019 05:33:00      Syncb/Rooms to Go,    PO Box 965036,
                Orlando, FL  32896-5036
94923707        EDI: RMSC.COM Aug 07 2019 05:33:00      Syncb/amazon,    PO Box 965015,    Orlando, FL  32896-5015
94923713        E-mail/Text: vci.bkcy@vwcredit.com Aug 07 2019 02:35:19      VW Credit Inc,    1401 Franklin Blvd,
                Libertyville, IL  60048-4460
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Florida Department of Revenue,    POB 6668,    Tallahassee, FL  32314-6668
94960345*      +Affiliate Asset Solutions, LLC,    145 Technology Pkwy Ste 100,
                Peachtree Corners, GA 30092-3536
94960346*       Amex,    PO Box 981537,    El Paso, TX  79998-1537
94960350*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
94960348*       BAS Management,    2876 E Oakland Park Blvd,    Fort Lauderdale, FL  33306-1814
94960347*       Bankamerica,    4909 Savarese Cir,    Tampa, FL  33634-2413
94960349*       Bay Area Credit Service,    1000 Abernathy Rd Ste 400,    Atlanta, GA  30328-5614
94960351*       Broward Health Coral Springs,    1608 SE 3rd Ave,    Fort Lauderdale, FL  33316-2564
94960353*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA  23238-1119)
94960352*       Cap1/basspro,    PO Box 30281,    Salt Lake City, UT  84130-0281
94960354*       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
94960355*       Choice Recovery,    1550 Old Henderson Road St,    Columbus, OH  43081
94960356*       Coconut Creek Emerg Phys LLC,    PO Box 37864,    Philadelphia, PA  19101-0164
```

```
District/off: 113C-0          User: graster-t             Page 2 of 2              Date Rcvd: Aug 06, 2019
                              Form ID: 318                Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
94960379*       ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Webbank/dfs,   1 Dell Way,   Round Rock, TX  78682-7000)
94960357*        Discover Bank,   502 E Market St,   Greenwood, DE  19950-9700
94960358*        Discover Fin Svcs LLC,   PO Box 15316,   Wilmington, DE  19850-5316
94960359*        Driver Solutions,   PO Box 1280,   Oaks, PA  19456-1280
94960360*        Elevate Recoveries,   PO Box 260804,   Plano, TX  75026-0804
94960361*       +First Fed Credit & Col,   3440 Hollywood Blvd,   Hollywood, FL  33021-6933
94960362*        Gulf Coast Collection Bureau,   PO Box 21509,   Sarasota, FL  34276-4509
94960363*        Integrated Reg Lab Path Services,   PO Box 741087,   Atlanta, GA  30374-1087
94960364*        Medicredit, Inc,   PO Box 1629,   Maryland Heights, MO  63043-0629
94960367*        NPAS, Inc.,   PO Box 99400,   Louisville, KY  40269-0400
94960365*        Northwaest Hosptal EKG Readers,Inc.,   1175 Devin Dr # 174,   Norton Shores, MI  49441-6079
94960366*        Northwest Medical Cente,   PO Box 9060,   Clearwater, FL  33758-9060
94960368*       +Ortho Center of S. FL,   600 S Pine Island Rd # 300,   Plantation, FL 33324-3179
94960369*        Phoenix ED Medice of Broward, LLC,   PO Box 38048,   Philadelphia, PA  19101-0813
94960370*        Radiology Physician Solutions of Florida,   PO Box 450097,   Sunrise, FL  33345-0097
94960371*        Sage Law Offices,   1300 Sawgrass Corporate Pkwy Ste 140,   Sunrise, FL  33323-2823
94960373*        Syncb/Rooms to Go,   PO Box 965036,   Orlando, FL  32896-5036
94960372*        Syncb/amazon,   PO Box 965015,   Orlando, FL  32896-5015
94960374*        TLC Dental & Orthodontics,   8214 Wiles Rd,   Coral Springs, FL  33067-1937
94960376*        Tradewinds Park Inpat SVCS, Inc,   PO Box 37867,   Philadelphia, PA  19101-0167
94960375*        Tradewinds Park Inpat Svc, LLC,   PO Box 37867,   Philadelphia, PA  19101-0167
94960377*        University of Miami Health System,   PO Box 741199,   Atlanta, GA  30374-1199
94960378*        VW Credit Inc,   1401 Franklin Blvd,   Libertyville, IL  60048-4460
94960380*        Z Urology,   5850 Coral Ridge Dr Ste 106,   Coral Springs, FL  33076-3379
94923695        ##Elevate Recoveries,   PO Box 260804,   Plano, TX  75026-0804
94923697        ##Gulf Coast Collection Bureau,   PO Box 21509,   Sarasota, FL  34276-4509
                                                                                  TOTALS: 0, * 37, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
              Chad T Van Horn    on behalf of Debtor Shawn Timothy Mincey Chad@cvhlawgroup.com,
               Chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,notices@nextchapterbk.com,
               chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com
              Chad T Van Horn    on behalf of Joint Debtor Stephanie Suzanne Mincey Chad@cvhlawgroup.com,
               Chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,notices@nextchapterbk.com,
               chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com
              Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com, lo@trustesolutions.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Stephen M Weinstein    on behalf of Debtor Shawn Timothy Mincey stephen@cvhlawgroup.com.
              Stephen M Weinstein    on behalf of Joint Debtor Stephanie Suzanne Mincey stephen@cvhlawgroup.com.
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Shawn Timothy Mincey** | Social Security number or ITIN | xxx–xx–4958 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Stephanie Suzanne Mincey** | Social Security number or ITIN | xxx–xx–8979 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | | |
| Case number:  **19–11799–JKO** | | | |

## Order of Discharge                                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Shawn Timothy Mincey**
aka Shawn Mincey, aka Shawn T. Mincey

**Stephanie Suzanne Mincey**
aka Stephanie Mincey, aka Stephanie S. Mincey

August 6, 2019

By the court: _____

**John K Olson**
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**