**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on September 6, 2019**

_[signature]_
**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19–11799–JKO**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Shawn Timothy Mincey
aka Shawn Mincey, aka Shawn T. Mincey
5330 SW 7th St
Margate, FL 33068–3021

SSN: xxx–xx–4958

Stephanie Suzanne Mincey
aka Stephanie Mincey, aka Stephanie S. Mincey
5330 SW 7th St
Margate, FL 33068–3021

SSN: xxx–xx–8979

# FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.